IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA S. ROBERTSON,<br>　　　　Plaintiff,<br><br>vs<br><br>HUNTER PANELS, LLC and CARLISLE<br>CONSTRUCTION MATERIALS, INC.<br>　　　　Defendants. | )<br>)<br>)<br>)　Civil Action No.  13-1047<br>)<br>)<br>)<br>)<br>) |

**VERDICT SLIP**

　　　　We, the jury in the above-entitled action, find the following verdict on the questions submitted to us:

SECTION A: DISCRIMINATION

1.　　Do you find that Ms. Robertson has proven by a preponderance of the evidence that Defendants discriminated against her because of her gender?

　　　　　　　　YES __✓__　　　　　　　　NO _____

Please proceed to Question 2.

SECTION B:  HOSTILE WORK ENVIRONMENT

2.　　Do you find that Ms. Robertson has proven by a preponderance of the evidence that Defendants subjected her to a hostile work environment because of her gender?

　　　　　　　　YES __✓__　　　　　　　　NO _____

Please proceed to Question 3.

SECTION C: RETALIATION

3. Do you find that Ms. Robertson has proven by a preponderance of the evidence that Defendants unlawfully retaliated against Ms. Robertson when they terminated her employment?

   YES ✓    NO _____

If you answered "YES" to Question 1, 2, or 3, please proceed to Questions 4, 5, and 6. If you answered "NO" to Questions 1, 2, and 3, please skip the remaining questions and sign and return this Verdict Slip to the Bailiff.

SECTION D: DAMAGES

4. Do you find that Ms. Robertson has proven by a preponderance of the evidence that she experienced emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other non-pecuniary loss ("pain and suffering") as the proximate or legal result of Defendants' conduct?

   YES ✓    NO _____

If your answer is "YES," in what amount?

   $ 400,000.00   Compensatory Damages under Title VII and the PHRA

Please proceed to Question 5.

5. Do you find that Ms. Robertson has proven by a preponderance of the evidence that she is entitled to back pay as the proximate or legal result of Defendants' conduct?

   YES ✓    NO _____

If your answer is "YES," in what amount?

   $ 170,000.00   Back Pay

Please proceed to Question 6.

6. Do you find that Ms. Robertson has proven by a preponderance of the evidence that she is entitled to front pay as the proximate or legal result of Defendants' conduct?

YES ✓     NO ____

If your answer is "YES," in what amount?

$ 350,000.00     Front Pay

Please sign and return the Verdict Slip to the Bailiff.

**Members of the Jury**

1. _Erin Hutchins_
   Foreperson
2. _Doug M-W_
3. _Bonny Maguire_
4. _Mary Lou Silk_
5. _Jean Eckert_
6. _Makali M. M_____
7. _David L. Harris_
8. _[signature]_

Date: _April 17, 2015_

3