# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

**SANDRA S. ROBERTSON** *an individual*

vs     No. 13-1047     CIVIL

**HUNTER PANELS, LLC** *and* **CARLISLE CONSTRUCITON MATERIALS, INC.**

Time for Selection:  Begins: 11:00 AM    Ends:

Date: 4/7/2015

| NO. | NAME OF JUROR | NO. | NAME OF JUROR |
|---|---|---|---|
| 1 | 90 Bonnie Maguire | 10 | 61 Gideon Oak Miller |
| 2 | 57 Merle F. Jantz | 11 | 59 Douglas S. Weisz |
| 3 | ~~109 Carrie J. Holderbaum~~ 75 Matthew Stokan | 12 | ~~62 Barbara Ann Stookey-Keller~~ 84 Makala McGrady |
| 4 | 102 David Chernicky | 13 | 87 Jean V. Eckert |
| 5 | ~~81 Gregory Martin~~ 67 Mathew Obrien | 14 | 66 Erin Hutchinson |
| 6 | 77 Mary L. Silk | 15 | 82 Mark Grabowski |
| 7 | ~~91 Cynthia L. Waltz~~ 65 Diana Byas | 16 | 74 Ashley Buckner |
| 8 | 2 David L. Harris | | |
| 9 | 76 Jenifer G. Taylor | | |

## WITNESSES

| | PLAINTIFF | | DEFENDANT |
|---|---|---|---|
| 1 | Sandra Robertson  11:35 AM  4/9/2015, 11:41 AM 4/10/2015, 9:30 AM 4/13/2015, 11:23 AM 4/14/2015, 3:00 | 1 | Christopher W. Kennedy  4/14/2015 |
| 2 | Shirley Reskovac  1:50 PM  4/9/2015 | 2 | Stephen Mikesic 4/14/2015, 4/15/2015 9:35AM |
| 3 | Brittany Edge  3:14 PM  4/9/2015 | 3 | Margaret Daugherty 4/15/2015 11:46 AM |
| 4 | Lori Gonsar 3:59 PM   4/9/2015 | 4 | Jill Lally 4/15/2015 |
| 5 | Tom Timmerman  9:53 AM   4/10/2015 | 5 | Illya Speicker 4/15/2015 1:36 PM |
| 6 | Brett Creasy   9:56 AM  4/10/2015, 2:07 4/14/2015 | 6 | Angella Warner 4/16/2015 |
| 7 | Charles Bailey  10:46 AM   4/10/2015 | | |
| 8 | Mr.  Gibson   11:36 AM  4/13/2015 | | |
| 9 | Illya Spiecker  9:42 AM  4/14/2015 | | |
| 10 | Susan Gates 10:50 AM  4/14/2015 | | |
| 11 | Gregory Robertson  3:56 PM 4/14/2015 | | |

**CLERK'S MEMORANDUM**

| | | | | |
|---|---|---|---|---|
| Civil Number | 13-1047 | Case closed | 4/16/ | 2015 |
| Before Judge | Joy Flowers Conti | Judge Charges Jury | 4/16/ | 2015 |
| Appears for Pltf. | Maureen Davidson-Welling | Jury Retires | 4/16/ | 2015 |
| | Timothy P. O'Brien | Verdict | 4/17/ | 2015 |
| | | Verdict in favor of | Plaintiff | |
| Appears for Deft. | Maria Greco Danaher | Punitive Damages Case Open | 4/17/ | 2015 |
| | Julie A. Donahue | Punitive Damages Case Closed | 4/17/ | 2015 |
| | | Punitive Damages Verdict | 4/17/ | 2015 |
| Appears for 3rd pty. | | | | |
| Pltf. opens | 4/9        2015 | Bailiff in charge/Law Clerk | T. Nixon | |
| Pltf. rest | 4/14      2015 | Court Reporter | D. Rowe | |
| Pltf. close | 4/16      2015 | Deputy Clerk | S. Conley | |
| Deft. opens | 4/9        2015 | | | |
| Deft. rest | 4/16      2015 | | | |
| Deft. close | 4/16      2015 | | | |

**JURY**

1. 90 Bonnie Maguire
2. 59 Douglas S. Weisz
3. 75 Matthew Stokan
4. 84 Makala McGrady
5. 87 Jean Eckert
6. 77 Mary L. Silk
7. 66 Erin Hutchinson
8. 2 David Harris

**TRIAL MOTIONS**

**TRIAL MEMORANDUM**

**Dates of Trial**

| | | |
|---|---|---|
| **Trial Opens** | 4/9 | 2015 |
| **Continues** | 4/10 | 2015 |
| **Continues** | 4/13 | 2015 |
| **Continues** | 4/14 | 2015 |
| **Continues** | 4/15 | 2015 |
| **Continues** | 4/16 | 2015 |
| **Continues** | | 2015 |
| **Continues** | | 2015 |
| **Continues** | | 2015 |
| **Continues** | | 2015 |
| **Continues** | | 2015 |
| **Continues** | | 2015 |
| **Continues** | | 2015 |
| **Continues** | | 2015 |
| **Liability Trial closed** | 4/16 | 2015 |
| **Verdict** | 4/17 | 2015 |
| **Punitive Damages Trial** | 4/17 | 2015 |