## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA S. ROBERTSON, | Civil Action No. 2:13-cv-01047-JFC |
| Plaintiff, | Chief Judge Joy Flowers Conti |
| v. | **JURY TRIAL DEMANDED** |
| HUNTER PANELS, LLC and CARLISLE CONSTRUCTIONS MATERIALS, INC., | |
| Defendants. | |

### JOINT STIPULATION OF DISMISSAL

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action.

Respectfully submitted,

John Stember, Esquire
PA ID No. 23643
jstember@stembercohn.com
Maureen Davidson-Welling, Esquire
PA ID No. 206751
mdw@stembercohn.com
**Stember Cohn & Davidson-Welling, LLC**
The Hartley Rose Building
425 First Avenue, 7th Floor
Pittsburgh, PA 15219
T.: (412) 338-1445
F.: (412) 338-1446

Timothy P. O'Brien, Esquire
PA ID No. 22104
tpob@obrien-law.net
**Law Offices of Timothy P. O'Brien**
Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh, PA 15219
T.: (412) 232-4400
F.: (412) 232-3730

*Attorneys for Plaintiff*

Maria Greco Danaher, Esquire
PA ID No. 47036
maria.danaher@ogletreedeakins.com
Patrick J. Fazzini, Esquire
PA ID No. 306664
Patrick.fazzini@ogletreedeakins.com
Julie A. Donahue, Esquire
PA ID No. 203347
Julie.donahue@ogletreedeakins.com
T. (215) 995-2800
**Ogletree Deakins**
One PPG Place, Suite 1900
Pittsburgh, PA 15219
T.: (412) 394-3333
F.: (412) 232-1799

*Counsel for Defendants*

Dated: May 15, 2015